1
2
3
4
5
6
7
8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

11 **NIKKIE NGUYEN ,** an individual,
                 **Case No.:** 8:19-CV-00221-JVS (JDEx)
12
13         Plaintiff,              **ORDER DISMISSING ENTIRE CASE**
14
15         v.
16
17 **EQUIFAX INFORMATION SERVICES, LLC**
18
19         Defendant.
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the Parties' stipulation requesting dismissal as to entire case and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice in its entirety with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: July 01, 2019

_____
Hon. Judge James V. Selna